Opinion issued July 9, 2009









In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-09-00069-CV

____________


PERIGEUM DEVELOPMENT, INCORPORATED, Appellant


V.


EDWARD BACHMAN, Appellee






On Appeal from the 164th District Court

Harris County, Texas

Trial Court Cause No. 2008-22440






MEMORANDUM OPINION

 Appellant Perigeum Development, Incorporated has filed an unopposed 
motion to dismiss the appeal. No opinion has issued. Accordingly, the motion is
granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Chief Justice Radack and Justices Sharp and Alcala.